IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRUCE DALE OLIVER,           )<br>                              )<br>   Plaintiff,              )<br>                              )<br>   v.                         )<br>                              )<br>CIRCUIT COURT OF RUSSELL      )<br>COUNTY, et al.,               )<br>                              )<br>   Defendant.                 ) | CIVIL ACTION NO.<br>  3:13cv223-MHT |

## OPINION

Plaintiff filed this lawsuit challenging certain state-court actions. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss plaintiff's case be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2013.


 /s/ Myron H. Thompson
 **UNITED STATES DISTRICT JUDGE**